# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KENNETH L WAGNER | § | Case No. 15-03351 |
| JULIA WAGNER | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/31/2015 . The undersigned trustee was appointed on 07/30/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $        26,066.78

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 127.33 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 25,939.45 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  11/04/2015  and the deadline for filing governmental claims was  11/04/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,356.68 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 3,356.68 , for a total compensation of $ 3,356.68 $^{2}$.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 10.00 , for total expenses of $ 10.00 $^{2}$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/15/2017                    By: /s/BRENDA PORTER HELMS, TRUSTEE
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^{2}$ If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-03351 | DRC | Judge: | Donald R Cassling | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | KENNETH L WAGNER | | | | Date Filed (f) or Converted (c): | 01/31/2015 (f) |
| | JULIA WAGNER | | | | 341(a) Meeting Date: | 03/03/2015 |
| For Period Ending: | 02/15/2017 | | | | Claims Bar Date: | 11/04/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3N410 N. HOWARD AVE., ELMHURST IL | 195,000.00 | 0.00 | | 0.00 | FA |
| 2. 616 4TH AVENUE, ROCHELLE IL | 42,000.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT WITH CHASE | 15.00 | 0.00 | | 0.00 | FA |
| 4. SAVINGS ACCOUNT WITH CHASE | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. SECURITY DEPOSIT FOR BUSINESS PROPERTY | 3,150.00 | 0.00 | | 0.00 | FA |
| 6. MISCELLANEOUS HOUSEHOLD GOODS AND FURNITURE | 450.00 | 0.00 | | 0.00 | FA |
| 7. BOOKS PICTURES AND CDS | 135.00 | 0.00 | | 0.00 | FA |
| 8. Wearing Apparel | 1,100.00 | 0.00 | | 0.00 | FA |
| 9. MISCELLANEOUS COSTUME JEWELRY | 500.00 | 0.00 | | 0.00 | FA |
| 10. TERM LIFE INSURANCE POLICY | 0.00 | 0.00 | | 0.00 | FA |
| 11. 401(K) RETIREMENT PLAN | 5,000.00 | 0.00 | | 0.00 | FA |
| 12. RETIREMENT PLAN THROUGH UNION | 190,000.00 | 0.00 | | 0.00 | FA |
| 13. OWNER OF FROZEN TREAT INC. | 0.00 | 0.00 | | 0.00 | FA |
| 14. OWNERS OF BALLOON DECORATING | 0.00 | 0.00 | | 0.00 | FA |
| 15. TAX REFUND | 3,200.00 | 0.00 | | 0.00 | FA |
| 16. CAR ACCIDENT | 0.00 | 0.00 | | 0.00 | FA |
| 17. 2011 NISSAN SENTRA | 12,500.00 | 0.00 | | 0.00 | FA |
| 18. 2007 CHRYSLER SEBRING | 3,750.00 | 0.00 | | 0.00 | FA |
| 19. 2005 DODGE SPRINTER | 1,383.00 | 0.00 | | 0.00 | FA |
| 20. 2001 CHRYLSER TOWN & COUNTRY | 675.00 | 0.00 | | 0.00 | FA |
| 21. 1998 DODGE RAM | 1,400.00 | 0.00 | | 0.00 | FA |
| 22. 1992 CHEVROLET LUMINA | 750.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-03351 | DRC | Judge: | Donald R Cassling | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | KENNETH L WAGNER | | | | Date Filed (f) or Converted (c): | 01/31/2015 (f) |
| | JULIA WAGNER | | | | 341(a) Meeting Date: | 03/03/2015 |
| For Period Ending: | 02/15/2017 | | | | Claims Bar Date: | 11/04/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23. FROZEN TREATS BUSINESS EQUIPMENT<br><br>1 - 3 door freezer $1000.00<br>1 - 3 door refrigerator $1000.00<br>5 - Softserve machines $3000.00<br>1 - Topping Fridge $400.00<br>1- Table top freezer $600.00<br>Business owes Real Capital LLC $12,600 for a broken lease<br>---Net Value of business is ($6,600.00) | 0.00 | 0.00 | | 0.00 | FA |
| 24. BALLOON DECORATING BUSINESS EQUPMENT<br><br>party balloons and supplies | 1,000.00 | 0.00 | | 0.00 | FA |
| 25. Wife's brother's pension payable over time (u)<br><br>Co-Debtor's brother passed away and left Co-Debtor his $118,000.00 pension. The pension is available only in a monthly annuity paid over 118 Months.<br>--Trustee obtained turnover of funds from Debtors in an aggregate amount which is sufficient to pay the Estate's administrative claims in full and more than 98% of timely filed general unsecured claims. | 118,000.00 | 118,000.00 | | 26,066.78 | FA |
| 26. Contingent Claims-car accident (u)<br><br>Co-Debtor was in a car accident in 10/2014 and suffered whip-lash - (soft tissue damage) - no broken bones - no surgeries - | 0.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $581,008.00 | $118,000.00 | | $26,066.78 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

1/7/17: Trustee recovered funds from Debtors, on account of the equity in the inheritance, sufficient to pay the Estate's administrative claims in full and substantially all (98.1%) of the timely filed general unsecured claims. Trustee believes keeping the case open for additional collections is of inconsequential value and benefit the Estate.

9/30/16: Trustee is receiving installment payments from debtors on inheritance.

Exhibit A

Initial Projected Date of Final Report (TFR): 01/31/2017     Current Projected Date of Final Report (TFR): 07/28/2017

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 15-03351 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | KENNETH L WAGNER | Bank Name: | Associated Bank |
| | JULIA WAGNER | Account Number/CD#: | XXXXXX3789 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3360 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/15/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/28/16 | 25 | Julia Wagner | partial payment of inheritance | 1229-000 | $4,000.00 | | $4,000.00 |
| 01/28/16 | 25 | Julia Wagner | partial proceeds of inheritance | 1229-000 | $4,000.00 | | $8,000.00 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,990.00 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.11 | $7,978.89 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.86 | $7,967.03 |
| 05/05/16 | 25 | Julia Wagner | Inheritance | 1229-000 | $3,000.00 | | $10,967.03 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.19 | $10,953.84 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.28 | $10,937.56 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.74 | $10,921.82 |
| 08/04/16 | 25 | Julia Wagner | partial payment of inheritance | 1229-000 | $500.00 | | $11,421.82 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.24 | $11,405.58 |
| 08/18/16 | | Julia Wagner | partial payment of inheritance | 1129-000 | $500.00 | | $11,905.58 |
| 08/18/16 | | Julia Wagner | partial payment of inheritance Reversal duplicated by mistake | 1129-000 | ($500.00) | | $11,405.58 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.52 | $11,389.06 |

| UST Form 101-7-TFR (5/1/2011) *(Page: 6)* | Page Subtotals: | $11,500.00 | $110.94 |
| --- | --- | --- | --- |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-03351 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: KENNETH L WAGNER | Bank Name: Associated Bank |
| JULIA WAGNER | Account Number/CD#: XXXXXX3789 |
| | Checking |
| Taxpayer ID No: XX-XXX3360 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/15/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/03/16 | 25 | Julia Wagner | partial payment of inheritance | 1229-000 | $500.00 | | $11,889.06 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.39 | $11,872.67 |
| 11/02/16 | 25 | Kenneth Wagner | Inheritance | 1229-000 | $14,066.78 | | $25,939.45 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $26,066.78 | $127.33 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $26,066.78 | $127.33 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $26,066.78 | $127.33 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*  Page Subtotals: $14,566.78  $16.39

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3789 - Checking | $26,066.78 | $127.33 | $25,939.45 |
|  | $26,066.78 | $127.33 | $25,939.45 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $26,066.78 |
| Total Gross Receipts: | $26,066.78 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:15-03351-DRC  
Debtor Name: KENNETH L WAGNER  
Claims Bar Date: 11/4/2015  

Date: February 15, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | THE HELMS LAW FIRM PC<br>3400 W. LAWRENCE AVENUE<br>CHICAGO, IL 60625 | Administrative | | $0.00 | $3,356.68 | $3,356.68 |
| 100 2200 | THE HELMS LAW FIRM PC<br>3400 W. LAWRENCE AVENUE<br>CHICAGO, IL 60625 | Administrative | | $0.00 | $10.00 | $10.00 |
| 1 300 7100 | QUANTUM3 GROUP LLC AS AGENT<br>for Comenity Bank<br>p.O. Box 788<br>Kirkland, WA 98083 | Unsecured | | $267.00 | $267.86 | $267.86 |
| 2 300 7100 | JH Portfolio Debt Equities LLC<br>c/o JD Receivables LLC<br>P.O. Box 382656<br>Germantown TN 38183 | Unsecured | | $194.00 | $194.19 | $194.19 |
| 3 300 7100 | PYOD, LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>P.O. Box 19008<br>Greenville SC 29602 | Unsecured | | $1,060.00 | $1,051.66 | $1,051.66 |
| 4 300 7100 | PYOD, LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>P.O. Box 19008<br>Greenville SC 29602 | Unsecured | | $3,191.00 | $3,194.40 | $3,194.40 |
| 5 300 7100 | PYOD, LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>P.O. Box 19008<br>Greenville SC 29602 | Unsecured | | $1,624.00 | $1,644.23 | $1,644.23 |
| 6 300 7100 | PYOD, LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>P.O. Box 19008<br>Greenville SC 29602 | Unsecured | | $9,349.00 | $9,349.01 | $9,349.01 |
| 7 300 7100 | PYOD, LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>P.O. Box 19008<br>Greenville SC 29602 | Unsecured | | $6,842.00 | $6,964.80 | $6,964.80 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:15-03351-DRC  
Debtor Name: KENNETH L WAGNER  
Claims Bar Date: 11/4/2015  
Date: February 15, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 8 | WHEATON EYE CLINIC | Unsecured | | $0.00 | $342.00 | $342.00 |
| 350 | 2015 N. Main St | | | | | |
| 7200 | Wheaton, IL  60187 | | | | | |
| | Case Totals | | | $22,527.00 | $26,374.83 | $26,374.83 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-03351  
Case Name: KENNETH L WAGNER  
JULIA WAGNER  
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Balance on hand $ 25,939.45

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THE HELMS LAW FIRM PC | $ 3,356.68 | $ 0.00 | $ 3,356.68 |
| Trustee Expenses: THE HELMS LAW FIRM PC | $ 10.00 | $ 0.00 | $ 10.00 |

Total to be paid for chapter 7 administrative expenses $ 3,366.68  
Remaining Balance $ 22,572.77

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 22,666.15 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 99.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | QUANTUM3 GROUP LLC AS AGENT | $ 267.86 | $ 0.00 | $ 266.76 |
| 2 | JH Portfolio Debt Equities LLC | $ 194.19 | $ 0.00 | $ 193.39 |
| 3 | PYOD, LLC its successors and assigns as assignee of Citibank | $ 1,051.66 | $ 0.00 | $ 1,047.33 |
| 4 | PYOD, LLC its successors and assigns as assignee of Citibank | $ 3,194.40 | $ 0.00 | $ 3,181.24 |
| 5 | PYOD, LLC its successors and assigns as assignee of Citibank | $ 1,644.23 | $ 0.00 | $ 1,637.46 |
| 6 | PYOD, LLC its successors and assigns as assignee of Citibank | $ 9,349.01 | $ 0.00 | $ 9,310.49 |
| 7 | PYOD, LLC its successors and assigns as assignee of Citibank | $ 6,964.80 | $ 0.00 | $ 6,936.10 |

Total to be paid to timely general unsecured creditors          $          22,572.77

Remaining Balance          $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 342.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | WHEATON EYE CLINIC | $ 342.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE