IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 15-03351 |
| | ) | |
| KENNETH AND JULIA WAGNER | ) | HON. JANET BAER |
| | ) | BANKRUPTCY JUDGE |

## CERTIFICATE OF SERVICE

The undersigned certifies that she caused a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object to be served upon the parties listed on the attached Service List, by depositing a copy of same, postage prepaid, in the U.S. Mail, on this 16th day of February, 2017 at 3400 W. Lawrence Ave., Chicago, Illinois.

/s/ Brenda Porter Helms

Brenda Porter Helms
#6184302
The Helms Law Firm, P.C.
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427
(773) 267-9405 (fax)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 15-03351<br>Northern District of Illinois<br>Chicago<br>Thu Feb 16 12:01:00 CST 2017 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Atg Credit<br>1700 W Cortland St Ste 2<br>Chicago, IL 60622-1131 |
| Bby/Cbna<br>50 Northwest Point Road<br>Elk Grove Village, IL 60007-1032 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Carmax Auto Finance<br>2040 Thalbro St<br>Richmond, VA 23230-3200 |
| Chartwell Brands<br>21051 W CHARTWELL DR<br>Lake Zurich, IL 60047-8540 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 |
| Citimortgage Inc<br>Po Box 9438<br>Gaithersburg, MD 20898-9438 | ComEd<br>3 Lincoln Center<br>ATTN: Bankruptcy Claims Dept<br>Oak Brook Terrace, IL 60181-4204 | Comenity Bank/Lnbryant<br>4590 E Broad St<br>Columbus, OH 43213-1301 |
| Dsg Collect<br>1824 W Grand Ave Ste 200<br>Chicago, IL 60622-6721 | Dupage Medical Group<br>15921 Collections Center Drive<br>Chicago, IL 60693-0001 | Enhanced Recovery Co L<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 |
| Illinois Collection Se<br>8231 185th St Ste 100<br>Tinley Park, IL 60487-9356 | JH Portfolio Debt Equities LLC<br>c/o JD Receivables LLC<br>P.O. Box 382656<br>Germantown, TN 38183-2656 | Kohls/Capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-7096 |
| Mcydsnb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Merchants Credit Guide<br>223 W Jackson Blvd Ste 4<br>Chicago, IL 60606-6914 | PYOD, LLC its successors and assigns as assi<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Real Capital LLC<br>257 N. West Avenue<br>Suite 100<br>Elmhurst, IL 60126-2560 | Roundpoint Mtg<br>5032 Parkway Plaza Blvd<br>Charlotte, NC 28217-1918 |
| Sears/Cbna<br>Po Box 6189<br>Sioux Falls, SD 57117-6189 | Sears/Cbna<br>Po Box 6283<br>Sioux Falls, SD 57117-6283 | Sports Med Wheaton Ortho<br>350 S. NW Highway<br>Park Ridge, IL 60068-4216 |
| Syncb/Amazon<br>PO Box 965015<br>Orlando, FL 32896-5015 | Syncb/Toysrusdc<br>Po Box 965005<br>Orlando, FL 32896-5005 | (p)C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 |

| | | |
|---|---|---|
| The Outsource Gr<br>3 Cityplace Dr<br>Saint Louis, MO 63141-7081 | Wheaton Eye Clinic<br>2015 N Main St<br>Wheaton, IL 60187-3190 | White Eagle Autobody<br>575 Weston Ridge Drive #135<br>Naperville, IL 60563-3932 |
| Yogen Fruz<br>210 Shields Court<br>Markham, Ontario<br>L3R 8V2, Canada | Brenda Porter Helms ESQ<br>The Helms Law Firm, P.C.<br>3400 West Lawrence<br>Chicago, IL 60625-5104 | James E Sturino<br>Nordin & Sturino PC<br>1555 Naperville/Wheaton Rd<br>#207<br>Naperville, IL 60563-1535 |
| Joseph P Doyle<br>Law Office of Joseph P Doyle<br>105 S Roselle Road<br>Suite 203<br>Schaumburg, IL 60193-1631 | Julia Wagner<br>616 4th Avenue<br>Rochelle, IL 61068-1513 | Kenneth L Wagner<br>3N410 N. Howard Avenue<br>Elmhurst, IL 60126-1343 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Bk Of Amer<br>Po Box 982235<br>El Paso, TX 79998 | T-Mobile<br>PO Box 742596<br>Cincinnati, OH 45274-2596 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Merchants Cr

End of Label Matrix
Mailable recipients   39
Bypassed recipients    1
Total                 40