UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KENNETH L WAGNER | § | Case No. 15-03351 |
| JULIA WAGNER | § | |
| | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 240,108.00                    Assets Exempt: 226,900.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 22,572.77     Claims Discharged
                                                 Without Payment: 310,491.76

Total Expenses of Administration: 3,494.01

---

   3) Total gross receipts of $ 26,066.78 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 26,066.78 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 253,344.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,494.01 | 3,494.01 | 3,494.01 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 79,239.38 | 23,008.15 | 23,008.15 | 22,572.77 |
| **TOTAL DISBURSEMENTS** | $ 332,583.38 | $ 26,502.16 | $ 26,502.16 | $ 26,066.78 |

4) This case was originally filed under chapter 7 on 01/31/2015 . The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/21/2017            By:/s/BRENDA PORTER HELMS, TRUSTEE
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Wife's brother's pension payable over time | 1229-000 | 26,066.78 |
| **TOTAL GROSS RECEIPTS** | | **$26,066.78** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Carmax Auto Finance 2040 Thalbro St Richmond, VA 23230 | | 14,565.00 | NA | NA | 0.00 |
| | Citimortgage Inc Po Box 9438 Gaithersburg, MD 20898 | | 38,774.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Roundpoint Mtg 5032 Parkway Plaza Blvd Charlotte, NC 28217 | | 200,005.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 253,344.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THE HELMS LAW FIRM PC | 2100-000 | NA | 3,356.68 | 3,356.68 | 3,356.68 |
| THE HELMS LAW FIRM PC | 2200-000 | NA | 10.00 | 10.00 | 10.00 |
| Associated Bank | 2600-000 | NA | 127.33 | 127.33 | 127.33 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 3,494.01** | **$ 3,494.01** | **$ 3,494.01** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Atg Credit 1700 W Cortland St Ste 2 Chicago, IL 60622 | | 41.00 | NA | NA | 0.00 |
| | Atg Credit 1700 W Cortland St Ste 2 Chicago, IL 60622 | | 343.00 | NA | NA | 0.00 |
| | Atg Credit 1700 W Cortland St Ste 2 Chicago, IL 60622 | | 185.00 | NA | NA | 0.00 |
| | Atg Credit 1700 W Cortland St Ste 2 Chicago, IL 60622 | | 238.00 | NA | NA | 0.00 |
| | Atg Credit 1700 W Cortland St Ste 2 Chicago, IL 60622 | | 66.00 | NA | NA | 0.00 |
| | Atg Credit 1700 W Cortland St Ste 2 Chicago, IL 60622 | | 166.00 | NA | NA | 0.00 |
| | Bk Of Amer Po Box 982235 El Paso, TX 79998 | | 19,888.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chartwell Brands 21051 W CHARTWELL DR Lake Zurich, IL 60047 | | 0.00 | NA | NA | 0.00 |
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 1,040.00 | NA | NA | 0.00 |
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 2,975.00 | NA | NA | 0.00 |
| | ComEd 3 Lincoln Center ATTN: Bankruptcy Claims Dept Oak Brook Terrace, IL 60181 | | 1,055.07 | NA | NA | 0.00 |
| | Dsg Collect 1824 W Grand Ave Ste 200 Chicago, IL 60622 | | 2,951.00 | NA | NA | 0.00 |
| | Dupage Medical Group 15921 Collections Center Drive Chicago, IL 60693 | | 23.55 | NA | NA | 0.00 |
| | Enhanced Recovery Co L 8014 Bayberry Rd Jacksonville, FL 32256 | | 194.00 | NA | NA | 0.00 |
| | Illinois Collection Se 8231 185th St Ste 100 Tinley Park, IL 60487 | | 119.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kohls/Capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 2,324.00 | NA | NA | 0.00 |
| | Mcydsnb 9111 Duke Blvd Mason, OH 45040 | | 488.00 | NA | NA | 0.00 |
| | Mcydsnb 9111 Duke Blvd Mason, OH 45040 | | 314.00 | NA | NA | 0.00 |
| | Merchants Cr | | 243.00 | NA | NA | 0.00 |
| | Merchants Credit Guide 223 W Jackson Blvd Ste 4 Chicago, IL 60606 | | 466.00 | NA | NA | 0.00 |
| | Merchants Credit Guide 223 W Jackson Blvd Ste 4 Chicago, IL 60606 | | 342.00 | NA | NA | 0.00 |
| | Merchants Credit Guide 223 W Jackson Blvd Ste 4 Chicago, IL 60606 | | 221.00 | NA | NA | 0.00 |
| | Merchants Credit Guide 223 W Jackson Blvd Ste 4 Chicago, IL 60606 | | 130.00 | NA | NA | 0.00 |
| | Merchants Credit Guide 223 W Jackson Blvd Ste 4 Chicago, IL 60606 | | 1,310.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Merchants Credit Guide 223 W Jackson Blvd Ste 4 Chicago, IL 60606 | | 137.00 | NA | NA | 0.00 |
| | Merchants Credit Guide 223 W Jackson Blvd Ste 4 Chicago, IL 60606 | | 129.00 | NA | NA | 0.00 |
| | Real Capital LLC 257 N. West Avenue Suite 100 Elmhurst, IL 60126 | | 12,600.00 | NA | NA | 0.00 |
| | Sports Med Wheaton Ortho 350 S. NW Highway Park Ridge, IL 60068 | | 25.00 | NA | NA | 0.00 |
| | Syncb/Toysrusdc Po Box 965005 Orlando, FL 32896 | | 2,040.00 | NA | NA | 0.00 |
| | The Outsource Gr 3 Cityplace Dr Saint Louis, MO 63141 | | 447.00 | NA | NA | 0.00 |
| | T-Mobile PO Box 742596 Cincinnati, OH 45274-2596 | | 211.76 | NA | NA | 0.00 |
| | White Eagle Autobody 575 Weston Ridge Drive #135 Naperville, IL 60563 | | 6,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Yogen Fruz 210 Shields Court Markham, Ontario L3R 8V2, Canada |  | 0.00 | NA | NA | 0.00 |
| 2 | JH Portfolio Debt Equities LLC | 7100-000 | 194.00 | 194.19 | 194.19 | 193.39 |
| 3 | PYOD, LLC its successors and assigns as assignee of Citibank | 7100-000 | 1,060.00 | 1,051.66 | 1,051.66 | 1,047.33 |
| 4 | PYOD, LLC its successors and assigns as assignee of Citibank | 7100-000 | 3,191.00 | 3,194.40 | 3,194.40 | 3,181.24 |
| 5 | PYOD, LLC its successors and assigns as assignee of Citibank | 7100-000 | 1,624.00 | 1,644.23 | 1,644.23 | 1,637.46 |
| 6 | PYOD, LLC its successors and assigns as assignee of Citibank | 7100-000 | 9,349.00 | 9,349.01 | 9,349.01 | 9,310.49 |
| 7 | PYOD, LLC its successors and assigns as assignee of Citibank | 7100-000 | 6,842.00 | 6,964.80 | 6,964.80 | 6,936.10 |
| 1 | QUANTUM3 GROUP LLC AS AGENT | 7100-000 | 267.00 | 267.86 | 267.86 | 266.76 |
| 8 | WHEATON EYE CLINIC | 7200-000 | NA | 342.00 | 342.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 79,239.38 | $ 23,008.15 | $ 23,008.15 | $ 22,572.77 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 15-03351 | JSB | Judge: | Janet S. Baer | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | KENNETH L WAGNER | | | | Date Filed (f) or Converted (c): | 01/31/2015 (f) |
| | JULIA WAGNER | | | | 341(a) Meeting Date: | 03/03/2015 |
| For Period Ending: | 07/21/2017 | | | | Claims Bar Date: | 11/04/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  3N410 N. HOWARD AVE., ELMHURST IL | 195,000.00 | 0.00 | | 0.00 | FA |
| 2.  616 4TH AVENUE, ROCHELLE IL | 42,000.00 | 0.00 | | 0.00 | FA |
| 3.  CHECKING ACCOUNT WITH CHASE | 15.00 | 0.00 | | 0.00 | FA |
| 4.  SAVINGS ACCOUNT WITH CHASE | 1,000.00 | 0.00 | | 0.00 | FA |
| 5.  SECURITY DEPOSIT FOR BUSINESS PROPERTY | 3,150.00 | 0.00 | | 0.00 | FA |
| 6.  MISCELLANEOUS HOUSEHOLD GOODS AND FURNITURE | 450.00 | 0.00 | | 0.00 | FA |
| 7.  BOOKS PICTURES AND CDS | 135.00 | 0.00 | | 0.00 | FA |
| 8.  Wearing Apparel | 1,100.00 | 0.00 | | 0.00 | FA |
| 9.  MISCELLANEOUS COSTUME JEWELRY | 500.00 | 0.00 | | 0.00 | FA |
| 10. TERM LIFE INSURANCE POLICY | 0.00 | 0.00 | | 0.00 | FA |
| 11. 401(K) RETIREMENT PLAN | 5,000.00 | 0.00 | | 0.00 | FA |
| 12. RETIREMENT PLAN THROUGH UNION | 190,000.00 | 0.00 | | 0.00 | FA |
| 13. OWNER OF FROZEN TREAT INC. | 0.00 | 0.00 | | 0.00 | FA |
| 14. OWNERS OF BALLOON DECORATING | 0.00 | 0.00 | | 0.00 | FA |
| 15. TAX REFUND | 3,200.00 | 0.00 | | 0.00 | FA |
| 16. CAR ACCIDENT | 0.00 | 0.00 | | 0.00 | FA |
| 17. 2011 NISSAN SENTRA | 12,500.00 | 0.00 | | 0.00 | FA |
| 18. 2007 CHRYSLER SEBRING | 3,750.00 | 0.00 | | 0.00 | FA |
| 19. 2005 DODGE SPRINTER | 1,383.00 | 0.00 | | 0.00 | FA |
| 20. 2001 CHRYLSER TOWN & COUNTRY | 675.00 | 0.00 | | 0.00 | FA |
| 21. 1998 DODGE RAM | 1,400.00 | 0.00 | | 0.00 | FA |
| 22. 1992 CHEVROLET LUMINA | 750.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-03351 | JSB | Judge: | Janet S. Baer | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | KENNETH L WAGNER | | | | Date Filed (f) or Converted (c): | 01/31/2015 (f) |
| | JULIA WAGNER | | | | 341(a) Meeting Date: | 03/03/2015 |
| For Period Ending: | 07/21/2017 | | | | Claims Bar Date: | 11/04/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23. FROZEN TREATS BUSINESS EQUIPMENT<br><br>1 - 3 door freezer $1000.00<br>1 - 3 door refrigerator $1000.00<br>5 - Softserve machines $3000.00<br>1 - Topping Fridge $400.00<br>1- Table top freezer $600.00<br>Business owes Real Capital LLC $12,600 for a broken lease<br>---Net Value of business is ($6,600.00) | 0.00 | 0.00 | | 0.00 | FA |
| 24. BALLOON DECORATING BUSINESS EQUPMENT<br><br>party balloons and supplies | 1,000.00 | 0.00 | | 0.00 | FA |
| 25. Wife's brother's pension payable over time (u)<br><br>Co-Debtor's brother passed away and left Co-Debtor his $118,000.00 pension. The pension is available only in a monthly annuity paid over 118 Months.<br>--Trustee obtained turnover of funds from Debtors in an aggregate amount which is sufficient to pay the Estate's administrative claims in full and more than 98% of timely filed general unsecured claims. | 118,000.00 | 118,000.00 | | 26,066.78 | FA |
| 26. Contingent Claims-car accident (u)<br><br>Co-Debtor was in a car accident in 10/2014 and suffered whip-lash - (soft tissue damage) - no broken bones - no surgeries - | 0.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $581,008.00 | $118,000.00 | | $26,066.78 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

1/7/17:  Trustee recovered funds from Debtors, on account of the equity in the inheritance, sufficient to pay the Estate's administrative claims in full and substantially all (98.1%) of the timely filed  general unsecured claims.  Trustee believes keeping the case open for additional collections is of inconsequential value and benefit the Estate.

9/30/16:  Trustee is receiving installment payments from debtors on inheritance.

Exhibit 8

Initial Projected Date of Final Report (TFR): 01/31/2017      Current Projected Date of Final Report (TFR): 07/28/2017

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-03351 | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | KENNETH L WAGNER | | Bank Name: | Associated Bank |
| | JULIA WAGNER | | Account Number/CD#: | XXXXXX3789 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX3360 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/21/2017 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/28/16 | 25 | Julia Wagner | partial payment of inheritance | 1229-000 | $4,000.00 | | $4,000.00 |
| 01/28/16 | 25 | Julia Wagner | partial proceeds of inheritance | 1229-000 | $4,000.00 | | $8,000.00 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,990.00 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.11 | $7,978.89 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.86 | $7,967.03 |
| 05/05/16 | 25 | Julia Wagner | Inheritance | 1229-000 | $3,000.00 | | $10,967.03 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.19 | $10,953.84 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.28 | $10,937.56 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.74 | $10,921.82 |
| 08/04/16 | 25 | Julia Wagner | partial payment of inheritance | 1229-000 | $500.00 | | $11,421.82 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.24 | $11,405.58 |
| 08/18/16 | | Julia Wagner | partial payment of inheritance | 1129-000 | $500.00 | | $11,905.58 |
| 08/18/16 | | Julia Wagner | partial payment of inheritance Reversal duplicated by mistake | 1129-000 | ($500.00) | | $11,405.58 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.52 | $11,389.06 |
| | | | Page Subtotals: | | $11,500.00 | $110.94 | |

UST Form 101-7-TDR (10/1/2010)  *(Page: 14)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-03351 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: KENNETH L WAGNER | Bank Name: Associated Bank |
| JULIA WAGNER | Account Number/CD#: XXXXXX3789 |
| | Checking |
| Taxpayer ID No: XX-XXX3360 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/21/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/03/16 | 25 | Julia Wagner | partial payment of inheritance | | 1229-000 | $500.00 | | $11,889.06 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $16.39 | $11,872.67 |
| 11/02/16 | 25 | Kenneth Wagner | Inheritance | | 1229-000 | $14,066.78 | | $25,939.45 |
| 03/22/17 | 101 | THE HELMS LAW FIRM PC<br>3400 W. LAWRENCE AVENUE<br>CHICAGO, IL  60625 | Distribution | | | | $3,366.68 | $22,572.77 |
| | | THE HELMS LAW FIRM PC | Final distribution representing a payment of 100.00 % per court order. | ($3,356.68) | 2100-000 | | | |
| | | THE HELMS LAW FIRM PC | Final distribution representing a payment of 100.00 % per court order. | ($10.00) | 2200-000 | | | |
| 03/22/17 | 102 | QUANTUM3 GROUP LLC AS AGENT<br>for Comenity Bank<br>p.O. Box 788<br>Kirkland, WA  98083 | Final distribution to claim 1 representing a payment of 99.59 % per court order. | | 7100-000 | | $266.76 | $22,306.01 |
| 03/22/17 | 103 | JH Portfolio Debt Equities LLC<br>c/o JD Receivables LLC<br>P.O. Box 382656<br>Germantown TN 38183 | Final distribution to claim 2 representing a payment of 99.59 % per court order. | | 7100-000 | | $193.39 | $22,112.62 |
| 03/22/17 | 104 | PYOD, LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>P.O. Box 19008<br>Greenville SC 29602 | Distribution | | | | $22,112.62 | $0.00 |
| | | PYOD, LLC its successors and assigns as assignee of Citibank | Final distribution to claim 3 representing a payment of 99.59 % per court order. | ($1,047.33) | 7100-000 | | | |
| | | PYOD, LLC its successors and assigns as assignee of Citibank | Final distribution to claim 4 representing a payment of 99.59 % per court order. | ($3,181.24) | 7100-000 | | | |
| | | PYOD, LLC its successors and assigns as assignee of Citibank | Final distribution to claim 5 representing a payment of 99.59 % per court order. | ($1,637.46) | 7100-000 | | | |

Page Subtotals: $14,566.78   $25,955.84

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-03351 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: KENNETH L WAGNER | Bank Name: Associated Bank |
| JULIA WAGNER | Account Number/CD#: XXXXXX3789 |
| | Checking |
| Taxpayer ID No: XX-XXX3360 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/21/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | PYOD, LLC its successors and assigns as assignee of Citibank | Final distribution to claim 6 representing a payment of 99.59 % per court order. | ($9,310.49) 7100-000 | | | |
| | | PYOD, LLC its successors and assigns as assignee of Citibank | Final distribution to claim 7 representing a payment of 99.59 % per court order. | ($6,936.10) 7100-000 | | | |

| | | |
|---|---|---|
| COLUMN TOTALS | $26,066.78 | $26,066.78 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $26,066.78 | $26,066.78 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $26,066.78 | $26,066.78 |

Page Subtotals: $0.00   $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3789 - Checking | $26,066.78 | $26,066.78 | $0.00 |
|  | $26,066.78 | $26,066.78 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $26,066.78 |
| Total Gross Receipts: | $26,066.78 |

Page Subtotals:    $0.00    $0.00